UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                  Criminal No. 04-10208-DPW

Grant Boyd
40 Worcester Square
Boston, MA 02118

## SUMMONS IN A CRIMINAL CASE

You are hereby SUMMONED to appear for an Initial Appearance on **Wednesday, October 13, 2004 at 2:15 P.M., in Courtroom #15**, on the 5th Floor in the United States District Court, 1 Courthouse Way, Fan Pier, Boston, Massachusetts, before Magistrate Judge Judith Gail Dein.

To answer an Petition for Revocation of supervised release charging you with violating conditions of supervision.

_____                              _October 7, 2004_
Signature of Issuing Officer                              Date

Thomas F. Quinn Jr
Deputy Clerk

**NOTE:** The defendant must appear with their attorney. **Failure to appear will result in the issuance of a warrant for your arrest.** If you can not afford an attorney, complete the enclosed financial affidavit and telephone Deputy Clerk Thomas Quinn immediately at (617) 748-9040. You must report to the Pretrial Services Office (room 1300, 1st floor), in the United States Courthouse Building two hours before you are scheduled to appear before the judge for a pretrial interview.