UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10208-01 JGD |
| | ) | |
| GRANT BOYD | ) | |

JOINT MOTION TO CONTINUE PROBATION REVOCATION

The government and the defendant hereby jointly move to continue the probation revocation hearing, presently scheduled for December 7, 2004, until the week of February 1, 2005 to allow resolution of the state charge upon which this revocation is based. When the parties appeared at the initial appearance, the parties requested and the Court continued the hearing until December 7, 2004 because the state court proceedings had been recently initiated. The next date scheduled in the state district court is January 28, 2004. Accordingly, the parties request the revocation hearing be continued until after that date.

Dated: December 6, 2004                     Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                            By:    /s/ Maureen B. Hogan
                                    Maureen B. Hogan
                                    Assistant U.S. Attorney


                                    GRANT BOYD
                                    By his attorney,


                                    Peter C. Hosrtmann
                                    Peter C. Horstmann
                                    Partridge, Ankner & Horstmann
                                    200 Berkeley Street
                                    Boston, MA 02116