United States District Court
for the District of Massachusetts
Addendum to Petition for Warrant or Summons for Offender Under Supervision dated 8/24/04

**Name of Offender:** Grant Boyd                                    **Case Number:** 04-10208-01

**Name of Sentencing Judicial Officer in D/VT:** Honorable Garvan Murtha, Chief U.S. District Judge
**Name of Judicial Officer in D/MA:** Honorable Douglas P. Woodlock, U.S. District Judge

**Date of Original Sentence:** 9/5/02

**Original Offense:** Importation of Ecstasy, in violation of 21 U.S.C. §952

**Original Sentence:** 3 years probation

**Type of Supervision:** Probation                 **Date Supervision Commenced:** 9/5/02

**Asst. U.S. Attorney:** Nancy Rue                 **Defense Attorney:** John T. Diamond

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**     **Nature of Noncompliance**

   II                    **Violation of Mandatory Condition: The defendant shall not commit another federal, state or local crime.**

                         On or about December 29, 2004, a confidential informant (CI) placed a consensually recorded telephone call to Grant Boyd for the purpose of purchasing methamphetamine. During subsequent telephone contacts, the CI dialed the same telephone number and stated that the outgoing voicemail message identified the user as "Mark Martin."

                         On December 30, 2004, law enforcement officers had discussions with personnel at the Nine Zero Hotel, a luxury boutique at the corner of Tremont Street and Bosworth Streets, in downtown Boston.

                         During these discussions, hotel personnel noted that a person registered as Mark Martin had stated that he was expecting a package to be delivered between 9 a.m. and noon on December 30, 2004. Martin had stated that he would be out when the package arrived and asked that the package be left in his room. While the law enforcement personnel were present in the hotel, a person who was recognized by law enforcement personnel as Grant Boyd arrived at the hotel. Surveillance officers observed Grant Boyd go into Room 501, which was registered to Mark Martin.

                         Hotel Personnel identified Grant Boyd as the person who had presented himself to the hotel as Mark Martin. Hotel personnel told law enforcement that Boyd had repeatedly asked about the package that he was expecting from Federal Express. Hotel personnel reported that Boyd appeared nervous when he asked them about the package, and also asked hotel personnel whether anyone had been inquiring about him or about the package. Surveillance on the hotel indicated that no package was delivered on December 30, 2004.

                         On December 30, 2004, the CI made arrangements to meet with Grant Boyd for the purpose of obtaining approximately one ounce of methamphetamine. The CI arranged to meet with Boyd at the Omni Parker House Hotel, a short distance from the Nine Zero Hotel.

After the initial meeting, which was surveilled by law enforcement agents, the two persons left the hotel on foot and walked around the downtown Boston area, in a circuitous manner. They were occasionally seen by law enforcement officers, but ultimately surveillance was lost. The CI and Boyd were later seen by law enforcement officers when they observed the CI exit the hotel. The CI met with law enforcement officers and provided them with the substance, which appeared to be methamphetamine, in a small ziploc bag.

The CI reported that Boyd had taken the CI on a circuitous walk downtown Boston, during which Boyd had provided him with the methamphetamine and the CI had provided Boyd with the money. Boyd then took the CI back to the Nine Zero Hotel, Room 501, where he required the CI to strip, and the CI complied. Boyd did not detect the monitoring device during this process. The CI and Boyd weighed the substance and determined that it weighed approximately 21 grams. The CI reported that the room contained scales, a smoking pipe, and that there was another person present using a computer.

On December 31, 2004, law enforcement personnel identified a Federal Express package at Logan Airport addressed to Mark Martin at the Nine Zero Hotel. Federal Express personnel opened the package and determined that it contained approximately 3 pounds of a substance recognized by law enforcement personnel to have the appearance of crystal methamphetamine.

The package was delivered to Room 501, where Boyd received the package at approximately 11:37 a.m. Boyd left the room at approximately 11:53 a.m., with his cellular telephone, at which point he was apprehended by law enforcement agents.

Based on the above stated information, a Criminal Complaint has been filed in U.S. District Court in the District of Massachusetts, charging Grant Boyd with Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

Jonathan E. Hurtig
Supervising U.S. Probation Officer

Respectfully submitted,

By

Joseph F. LaFratta
U.S. Probation Officer
Date: 1/4/05

**THE COURT ORDERS**
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

January 11, 2005
Date