AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

*Grant Boyd*

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: *04-10208-01*

I, *Grant Boyd*, charged in a ☐ complaint ☑ petition pending in this District *of Massachusetts* in violation of *Probation* *21*, U.S.C., *§ 952*, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☐ examination ☑ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☑ hearing *without prejudice*.

*1/12/05*
Date

_____
Defendant

_____
Counsel for Defendant