UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No. 04-10208-01 |
| ) | |
| GRANT BOYD, ) | |
|     Defendant. ) | |

## WAIVER OF PROBABLE CAUSE HEARING

    NOW COMES the Defendant, through counsel, and hereby waives his right to a Probable Cause Hearing pursuant to Rule 32.1(b)(1)(A). Although the Defendant was not originally detained in this proceeding, he has since been detained in other matters. Accordingly, the Defendant hereby waives any right to a probable cause hearing pursuant to Rule 32.1(b)(1)(A).

    Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley St., 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

Dated: February 2, 2005

## CERTIFICATE OF SERVICE

    I, Peter Charles Horstmann, Esquire, hereby certify that on this 2nd day of February, 2005, a copy of the foregoing WAIVER OF PROBABLE CAUSE HEARING was served electronically, upon Assistant United States Attorney Maureen Hogan, One Courthouse Way, Boston, MA 02210.

Peter Charles Horstmann, Esquire