AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>GRANT BOYD | **WARRANT FOR ARREST**<br><br>Case Number:  04-10208-DPW |

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
U.S. MARSHAL SERVICE
BOSTON, MA
2005 JAN 11  P 4: 54

YOU ARE HEREBY COMMANDED to arrest _____ **GRANT BOYD** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her    (brief description of offense)

Violation of condition: defendant shall not commit another federal, state or local crime

in violation of ____18____ United States Code, Section(s) _____

| | |
|---|---|
| Douglas P. Woodlock<br>Name of Issuing Officer<br><br>/s/ Douglas P. Woodlock<br>Signature of Issuing Officer | United States District Judge<br>Title of Issuing Officer<br><br>1/11/05 at Boston, Massachusetts<br>Date and Location |

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

WARRANT EXECUTED BY USMS - de fauner
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 1/12/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |