AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                   **APPEARANCE**

GRANT BOYD,

        Defendant.                    Case Number:    04-CR-10208-DPW

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for     the United States of America.

    I certify that I am admitted to practice in this court.

| December 11, 2007 | /s/ Nathaniel R. Mendell |
|---|---|
| Date | Signature |

| Nathaniel R. Mendell | 645283 |
|---|---|
| Print Name | Bar Number |

1 Courthouse Way, Suite 9200
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| (617) 748-3304 | (617) 748-3965 |
|---|---|
| Phone Number | Fax Number |