UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim No. 04-CR-10208 |
| ) | |
| GRANT BOYD ) | |

**MOTION FOR APPOINTMENT OF COUNSEL**

    Now Comes defendant, Grant Boyd, who respectfully moves this Court to appoint the undersigned to represent the defendant in the instant matter. In support of this request, defendant states that the assistant clerk, Jarrett Lovett, contacted counsel and asked if he would represent Mr. Boyd: (1) given the fact that undersigned represented Mr. Boyd in his recent sentencing before the Honorable George O'Toole; (2) the other case has triggered the revocation hearing in the instant matter; (3) the undersigned is familiar with the "other case"; and (4) the undersigned is a member of the CJA panel. Counsel agreed and is filing this motion as a result.

    Wherefore, defendant moves this Court to appoint the undersigned counsel to represent him in the instant revocation case.

Respectfully submitted,
By His Attorney


   /S/ JAMES BUDREAU
JAMES H. BUDREAU, ESQ.
20 Park Plaza, Suite 905
Boston, MA 02112
(617) 227-3700

I hereby certify that I served a copy of this motion and affidavit through the ECF system which was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 10th day of January 2008.

/s/ James Budreau
JAMES BUDREAU BBO# 553391
20 Park Plaza, Suite 905
Boston, MA 02116